**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHERYL S. WARD,**
      **Plaintiff,**

**-vs-**                **Case No. 6:05-cv-1500-Orl-19KRS**

**ORTHO BIOTECH PRODUCTS, L.P.,**
**JOHNSON AND JOHNSON,**
      **Defendants.**
_____

**ORDER**

  This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Doc. No. 33)**
>
> **FILED:**  **August 31, 2007**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

  In the motion, counsel for Plaintiff Cheryl S. Ward indicated that good faith efforts to resolve the matters in dispute were ongoing. In the response to the motion, counsel for Defendants Ortho Biotech Products, L.P. and Johnson and Johnson agreed to produce additional documents responsive to Ward's request for production. To the extent that issues remain with respect to the production,

Ward may request leave to file a motion to compel out of time, which motion must be supported by a showing that the motion could not have been timely filed with the exercise of due diligence.

**DONE** and **ORDERED** in Orlando, Florida on September 27, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties